## United States Bankruptcy Court
## Central District Of California

| In re:<br>Eric D Greenspan<br>dba 74 Degrees, LLC, fdba Make It Work, Inc | CHAPTER NO.: 7 |
|---|---|
| | CASE NO.: 9:15–bk–10006–PC |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 14 days from filing of your petition:

☒ Statement of Related Cases (Information required by LBR 1015–2 (LBR Form F 1015–2.1))
☒ Notice of Available Chapters signed by Debtor(s). (Official Form B201) [11 U.S.C. § 342(b); Court Manual, section 2–1]
☒ Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159) (Official Form B6 Pg 2)
☒ Declaration of Attorney's Limited Scope of Appearance. [LBR 2090–1 (Local Form F2090–1.1) Court Manual, section 2–1]
☒ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney (Official Form B203). [11 U.S.C. § 329; FRBP 2016(b); Court Manual, section 2–1]
☒ Debtor's Certification of Employment Income (Local Form)

**B.** Statement of Intent (Chapter 7 Individual Debtor's Statement of Intention (11 U.S.C. § 521(a)(2)(A)) [must be filed within 30 days from filing Petition (not required for corporations)] (Official Form B8))

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above that are not electronically filed you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002–1(c) and 5005–2, and Court Manual, section 2–1(a)(7).

       Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

      1415 State Street, Santa Barbara, CA 93101–2511

If you have any questions, please contact the below–referenced Deputy Clerk:

Dated: January 5, 2015

**KATHLEEN J. CAMPBELL, CLERK OF COURT**
**By: Jim McNabb**
**Deputy Clerk**

ccdn – Revised 06/2014                                                                                                                **1 /**